# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| JOHN DUTCH,<br><br>　　　Plaintiff,<br><br>v.<br><br>MERIWETHER COUNTY, GEORGIA,<br><br>　　　Defendant. | CIVIL ACTION FILE NO.<br><br>3:22-cv-00097-TCB-RGV |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-referenced matter and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that the within action is dismissed as to all counts <u>with prejudice</u> and without costs. The parties waive all right to appeal. The clerk is requested to mark this matter, SETTLED, DISMISSED and CLOSED.

This 20th day of January, 2023.

**[SIGNATURES ON FOLLOWING PAGE]**

Respectfully submitted,

        THE KIRBY G. SMITH LAW FIRM, LLC

        /s/ Amanda M. Brookhuis

| | |
|---|---|
| 4488 N. Shallowford Road | AMANDA M. BROOKHUIS |
| Suite 105 | Georgia State Bar No. 601396 |
| Atlanta, Georgia 30338 | Attorney for Plaintiff |
| (844) 454-7529 | |
| amb@kirbygsmith.com | |

        BUCKLEY CHRISTOPHER
        & HENSEL, P.C.

        /s/ Taylor W. Hensel

| | |
|---|---|
| 2970 Clairmont Road NE | TIMOTHY J. BUCKLEY III |
| Suite 650 | Georgia State Bar No. 092913 |
| Atlanta, Georgia 30329 | TAYLOR W. HENSEL |
| (404) 633-9230 | Georgia State Bar No. 572754 |
| (404) 633-9640 (facsimile) | Attorneys for Defendant |
| thensel@bchlawpc.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications to all counsel of record.

Respectfully submitted, this 20th day of January, 2023.

                                          THE KIRBY G. SMITH LAW FIRM, LLC

                                          s/Amanda M. Brookhuis
                                          Amanda Brookhuis
                                          Georgia Bar No. 601396